AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

United States of America  )
v.                         )
Katrina Robinson, Katie Ayers, Brooke Boudreaux  )    Case No. 21-cr-20003-MSN/tmp
                           )
                           )
                           )
                           )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Oct. 1-Nov. 27, 2017  in the county of  Shelby  in the  Western  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Brent A. Hayden, Special Agent, FBI
*Printed name and title*

Sworn to before me via telephone.

Date: January 14, 2021

s/Tu M. Pham
*Judge's signature*

City and state: Memphis, Tennessee

Tu M. Pham, U.S. Magistrate Judge
*Printed name and title*