COTTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  CRIMINAL No. 21cr-20003-MSN |
| | ) |
| | )  18 U.S.C. §981 |
| KATRINA ROBINSON, | )  18 U.S.C. §982 |
| KATIE AYERS and | )  18 U.S.C. §1349 |
| BROOKE BOUDREAUX, | )  18 U.S.C. §1956 |
| | )  28 U.S.C. §2461 |
| Defendants. | ) |

## NOTICE OF PENALTIES

### COUNT 1
### (Conspiracy to Commit Wire Fraud)

Nmt 20 yrs. imprisonment; nmt $250,000 fine, or both; nmt a 3 yr. period of supervised release and a special assessment of $100; see 18 U.S.C. §3013 (a).

### COUNT 2
### (Conspiracy to Commit Money Laundering)

Nmt 20 yrs. imprisonment; nmt $500,000 fine or twice the value of the money laundered, whichever is greater, or both; nmt a 3 yr. period of supervised release and a special assessment of $100; see 18 U.S.C. §3013 (a).