Exhibit 3 -
ECF Notification Email

## Mathew Jehl

| | |
|---|---|
| **From:** | cmecfhelpdesk@tnwd.uscourts.gov |
| **Sent:** | Friday, January 15, 2021 2:20 PM |
| **To:** | courtmail@tnwd.uscourts.gov |
| **Subject:** | Activity in Case 2:20-cr-20148-SHL USA v. Robinson "Motion to Seal Case" |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Western District of Tennessee

## Notice of Electronic Filing

The following transaction was entered on 1/15/2021 at 2:20 PM CST and filed on 1/15/2021

**Case Name:** USA v. Robinson
**Case Number:** 2:20-cr-20148-SHL
**Filer:** United States of America
**Document Number:** 62

**Docket Text:**
**MOTION to Seal Superseding Indictment by United States of America as to Katrina Robinson. (cas)**

**2:20-cr-20148-SHL-1 Notice has been electronically mailed to:**

Nathan A. Bicks   nbicks@bpjlaw.com, slowe@bpjlaw.com

Christopher E. Cotten   chris.cotten@usdoj.gov, CaseView.ECF@usdoj.gov, aretha.jefferson@usdoj.gov, devon.phillips@usdoj.gov, marian.cleaves@usdoj.gov

Janika N. White   jwhite@walterbaileylaw.com

Charles Silvestri Higgins   chiggins@bpjlaw.com, mchrisman@bpjlaw.com

Naya Bedini   naya.bedini@usdoj.gov, CaseView.ECF@usdoj.gov, marian.peete@usdoj.gov

Lawrence Laurenzi   llaurenzi@bpjlaw.com, mchrisman@bpjlaw.com

Scott Patrick Smith   scott.smith@usdoj.gov, jasmine.cromartie@usdoj.gov

Louis Mathewes Jehl     mjehl@bpjlaw.com

**2:20-cr-20148-SHL-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1059513201 [Date=1/15/2021] [FileNumber=4082696-0
] [0b473dfc6435de08a800bc8028510e1b5be3476071bf26491442f4e02076b4c9c3a
5395c474be63854cf6c87755fd2446c8928df9cfff5db047c66ad379a2f54]]