IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | Crim. No. 2:21-cr-20003-SHL |
| v. | * | |
| KATRINA ROBINSON, KATIE AYERS, | * | |
| BROOKE BOUDREAUX, | * | |
| Defendants. | * | |

**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE**

Upon motion of the United States, and pursuant to Fed. R. Crim. P. 48(a), the indictment in the above-styled case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 20th day of December, 2021.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE